KARIN G. PAGNANELLI (SBN 174763)
   kgp@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

MICHAEL G. KELBER (*pro hac vice*)
   mkelber@ngelaw.com
MIKE R. TURNER (*pro hac vice*)
   mturner@ngelaw.com
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street, Suite 1700
Chicago, IL 60602-381
Telephone: (312) 269-8000

Attorneys for Plaintiffs
G.I. SPORTZ INC., and
GI SPORTZ DIRECT LLC

ASIM DESAI (SBN 175402)
adesai@grsm.com
A. LOUIS DORNY (SBN 212054)
ldorny@grsm.com
GORDON & REES LLP
633 West Fifth Street
52nd Floor
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470

Attorneys for Defendant
APX GEAR, LLC

JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| G.I. SPORTZ INC., and GI SPORTZ DIRECT LLC, <br><br> Plaintiffs, <br><br> v. <br><br> APX GEAR, LLC (a/k/a APX PAINT CO.), <br><br> Defendant. | CASE NO. 8:16-cv-02038-AG-KES <br><br> Honorable Andrew J. Guilford <br><br> [PROPOSED] JUDGMENT |

The parties, having entered into the Settlement Agreement, and having entered into a Stipulation for Entry of Judgment,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. As a full and final resolution of all claims and defenses asserted in this action, Judgment shall be entered against Defendant in favor of Plaintiff.

2. All parties irrevocably and fully waive any and all rights to appeal this Judgment, to have it vacated or set aside, to seek or obtain a new trial thereon, or otherwise to attack in any way, directly or collaterally, its validity or enforceability.

3. This Court has jurisdiction over the parties and subject matter hereto, and venue is proper in this District.

4. Defendant APX acknowledges that (a) Plaintiff GI Sportz Direct LLC is the sole and exclusive owner of the GI Trade Dress (embodied by its paintballs branded under its "Marballizer" brand and covered by U.S. Trademark Reg. No. 3,049,101 ("GI Trade Dress"); (b) the GI Trade Dress and U.S. Trademark Reg. No. 3,049,101, are valid and enforceable; and (c) the Infringing Paintballs infringed the GI Trade Dress and U.S. Trademark Reg. No. 3,049,101.

5. Defendant APX shall never again offer, either directly or through an affiliate, any products bearing the GI Trade Dress or any colorable imitation of the GI Trade Dress.

1

6. This Judgment is binding upon the parties, as well as upon their respective successors, assigns, subsidiaries, and divisions.

7. The parties have voluntarily consented to have this Court enter this Judgment.

8. Each party shall bear its own attorneys' fees and costs relating to this litigation that were incurred on or before the date of this Judgment.

DATED: Oct 4, 2017

_____
Honorable Andrew J. Guilford
United States District Judge

2